AARON R. DEAN, ESQ.
Nevada Bar No. 9541
THE DEAN LEGAL GROUP, LTD.
721 S. 6th Street,
Las Vegas, Nevada 89101
Tele: (702) 823-1354
Fax: (702) 823-2368
Email:adean@deanlegalgroup.com.
Attorney for *Las Vegas Equity Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUH CERTIFICATES, SERIES 2005-17;<br><br>Plaintiff,<br><br>Vs.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP LLC; ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC, KRIS PACADA, ROBIN PACADA, DOE INDIVIDUALS I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants, | CASE NO.: 2:17-cv-00372<br><br><br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Defendant, Las Vegas Equity Group, LLC, and Plaintiff, The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17, by and through their respective counsel, hereby agree and stipulate as follows.

IT IS HEREBY AGREED AND STIPULATED that Las Vegas Equity Group, LLC shall have until March 6, 2018, to file its Opposition to Plaintiff's Motion for Summary Judgment.

This is the first request to extend time for these documents. It is not intended for purposes of delay but to accommodate counsels' schedules.

Dated this 20th day of February, 2018

Dated this 20th day of February, 2018

THE DEAN LEGAL GROUP, LTD.

AKERMAN LLP

 /s/ Aaron R. Dean
AARON R. DEAN, Esq.
Nevada Bar No.: 9541
721 S. 6th Street,
Las Vegas, Nevada 89101
Phone: (702) 823-1354
Fax: (702) 823-2368
adean@deanlegalgroup.com
*Attorney for Defendant, Las Vegas Equity Group, LLC.*

 /s/ Natalie L. Winslow
Ariel E. Stern, Esq.
Nevada Bar No. : 8276
Natalie L. Winslow, Esq.
Nevada Bar No. :12125
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
natalie.winslow@akerman.com
*Attorneys for Plaintiff, The Bank Of New York Mellon Fka The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17*

## **ORDER**

**IT IS SO ORDERED**

DATED this 22nd day of    February   , 2018.

UNITED STATES DISTRICT JUDGE