Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
HOA LAWYERS GROUP, LLC
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax:   (702) 222-4043
steve@nrs116.com
Attorney for Defendants
MARYLAND PEBBLE AT SILVERADO
HOMEOWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17;<br><br>Plaintiff,<br><br>vs.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP LLC; ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC, KRIS PACADA, ROBIN PACADA, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.  2:17-cv-00372<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**<u>SECOND REQUEST</u>** |

Defendant, Maryland Pebble at Silverado Homeowners Association, and Plaintiff, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, INC., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17, by and through their respective counsel, hereby agree and stipulate as follows.

IT IS HEREBY AGREED AND STIPULATED that Maryland Pebble at Silverado Homeowners Association shall have until April 12, 2018, to file its Opposition to Plaintiff's Motion for Summary Judgment.

This is the second request to extend time for these documents. Since the first request to extend time file an Opposition was made, the parties engaged in settlement discussions which have been productive and appear to be headed towards resolution. Plaintiff and Defendant desire this additional thirty days in the interest of judicial economy and in an effort to reduce costs to both Plaintiff and Defendant while they determine if resolution can be reached. This request is not intended for purpose of delay but to allow for continued settlement discussions.

DATED this 12th day of March, 2018.   DATED this 12th day of March, 2018.

AKERMAN, LLP.   HOA LAWYERS GROUP, LLC

 /s/ *Natalie L. Winslow*   　 /s/ *Steven Loizzi, Jr.*
Ariel E. Stern, Esq.   Steven Loizzi, Jr., Esq.
Nevada Bar No. 8276   Nevada Bar No. 10920
Natalie L. Winslow, Esq.   9500 West Flamingo Road, Suite 204
Nevada Bar No. 12125   Las Vegas, Nevada 89147
1635 Village Center Cir., Ste. 200   Phone: (702) 222-4033
Las Vegas, Nevada 89134   Fax: (702) 222-4043
Phone: (702) 634-5000   steve@nrs116.com
Fax: (702) 380-8572   *Attorney for Defendants*
darren.brenner@akerman.com   *Maryland Pebble at Silverado Homeowners*
natalie.winslow@akerman.com   *Association*
*Attorneys for Plaintiff*
*Bank of New York Mellon*

IT IS SO ORDERED.

Dated: March 13, 2018

_____
U.S. District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2018, I caused service of a true and correct copy of the foregoing document to be made to be made electronically via the Case Management/Electronic Case Files (CM/ECF) system as follows:

| | |
|---|---|
| Ariel E. Stern, Esq. <br> Natalie L. Winslow, Esq. <br> Akerman, LLP <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br> Tel: (702) 634-5000 <br> Fax: (702) 380-8572 <br> darren.brenner@akerman.com <br> natalie.winslow@akerman.com <br> *Attorneys for Plaintiff* <br> *Bank of New York Mellon* | Aaron Ray Dean, Esq. <br> The Dean Legal Group, Ltd. <br> 725 S. 8th Street, Suite B <br> Las Vegas, Nevada 89101 <br> Tel: (702) 823-1354 <br> Fax: (702) 823-2368 <br> service@deanlegalgroup.com <br> *Attorneys for Defendant Las Vegas Equity Group LLC* |

                                           */s/ Jona L. Lepoma*
                                           An employee of HOA Lawyers Group, LLC