DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP LLC; ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC, KRIS PACADA, ROBIN PACADA, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00372-MMD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THE BANK OF NEW YORK MELLON'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

1

44434251;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17 (**BoNYM**), and Las Vegas Equity Group, LLC (**LVEG**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **April 3, 2018**, to file its reply in support of BoNYM's motion for summary judgment, which is currently due on March 20, 2018, pursuant to ECF No. 42. The motion was filed on January 30, 2018, and LVEG's response was filed on March 6, 2018.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this \_\_\_\_ day of March, 2018.

| **AKERMAN LLP** | **THE DEAN LEGAL GROUP, LTD.** |
|---|---|
| /s/Natalie L. Winslow _____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>Attorneys for *The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17* | /s/Aaron R. Dean _____<br>AARON R. DEAN., ESQ.<br>Nevada Bar No. 9541<br>725 S. 6th Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Las Vegas Equity Group, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
DATED: March 19, 2018