DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP LLC; ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC, KRIS PACADA, ROBIN PACADA, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00372-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S MAY 21, 2018 Order (ECF No. 50)**<br><br>**(FIRST REQUEST)** |

1

46020814;1

1       The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17 (**BoNYM**), and Las Vegas Equity Group, LLC (**LVEG**), stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's May 21, 2018 order, ECF no. 50:

    1.     On May 21, 2018, this court stayed this case and denied BoNYM's pending Motion for Summary Judgment (ECF No. 37) without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 102.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

    2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 102.)

    3.Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. BoNYM's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

    This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

46020814;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

WHEREFORE, BoNYM and LVEG respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's May 21, 2018 order, ECF No. 50, up to, through and including August 21, 2018.

DATED this 7th day of August, 2018.

| **AKERMAN LLP** | **THE DEAN LEGAL GROUP, LTD.** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>Attorneys for *The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17* | */s/ Aaron R. Dean*<br>AARON R. DEAN., ESQ.<br>Nevada Bar No. 9541<br>725 S. 6th Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Las Vegas Equity Group, LLC* |
| **HOA Lawyers Group, LLC**<br><br>*/s/ Steven T. Loizzi*<br>STEVEN T. LOIZZI, ESQ.<br>Nevada Bar No. 10920<br>9500 W. Flamingo Rd., Suite 204,<br>Las Vegas, NV 89147<br><br>*Attorney for Maryland Pebble at Silverado Homeowners' Association* | |

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

DATED: August 8, 2018

3

46020814;1