UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:17-cv-00372-MMD-PAL |
| Plaintiff, | ORDER |
| v. | (Mot WD Atty – ECF No. 58) |
| MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION, et al., | (Mot for OST – ECF No. 59) |
| Defendants. | |

Before the court is movant Aaron R. Dean's ("Dean") Motion to Withdraw as Counsel of Record for defendant Las Vegas Equity Group, LLC ("LVEG") (ECF No. 58) and Motion for Order Shortening Time (ECF No. 59). The motion represents that counsel and LVEG have had a breakdown in communication such that they have irreconcilable differences. Furthermore, LVEG has failed to pay its outstanding invoices due to movant. LVEG has represented to movant that it has engaged new counsel, Tara Clark Newberry, to further represent them in this matter. On September 11, 2018 Ms. Newberry filed a Notice of Appearance (ECF No 60).

LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Accordingly,

/ / /

/ / /

1

**IT IS ORDERED** that Aaron R. Dean's Motion to Withdraw (ECF No. 58) and Order Shortening Time (ECF No. 59) are **GRANTED**.

DATED this 9th day of October, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE