CLARK NEWBERRY LAW FIRM
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorney for Las Vegas Equity Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, | ) ) ) ) ) ) ) ) | CASE NO.:    2:17-cv-00372-MMD-PAL |
| Plaintiff, | ) ) | **STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |
| vs. | ) ) | |
| MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP, LLC; ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC; KRIS PACADA, ROBIN PACADA, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| LAS VEGAS EQUITY GROUP, LLC, | ) ) | |
| Third Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| ROBIN PACADA, an individual; and KRIS PACADA, an individual, | ) ) ) | |
| Third Party Defendants, | ) ) | |
| LAS VEGAS EQUITY GROUP, LLC, | ) | |

**CLARK NEWBERRY LAW FIRM**
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
Telephone (702) 608-4232

1

CLARK NEWBERRY LAW FIRM
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
Telephone (702) 608-4232

1          )
                    Counterclaimant,    )
2                                       )
   vs.                                  )
3                                       )
                                        )
4  THE BANK OF NEW YORK MELLON          )
   FKA THE BANK OF NEW YORK AS          )
5  TRUSTEE FOR THE                      )
   CERTIFICATEHOLDERS OF CWALT,         )
6  INC., ALTERNATIVE LOAN TRUST 2005-   )
   17, MORTGAGE PASS-THROUGH            )
7  CERTIFICATES, SERIES 2005-17         )
                                        )
8                                       )
                    Counter Defendant,  )
9  _____    )

## STIPULATION FOR EXTENSION OF TIME TO FILE
## OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT
## (FIRST REQUEST)

Las Vegas Equity Group LLC ("LVEG"), The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-17, Pass-Through Certificates Series 2005-17 ("The Bank of New York Mellon") and Maryland Pebble at Silverado Homeowners Association, by and through their respective counsel of record, hereby stipulate that the deadline to file any opposition to The Bank of New York Mellon's Renewed Motion for Summary Judgment, which was filed on September 24, 2018, shall be extended from October 15, 2018 to November 14, 2018.

The purpose of the extension is to allow LVEG's counsel, who filed a Notice of Appearance in this case on September 11, 2018, to obtain the prior discovery documents needed to prepare the opposition, which have not been forthcoming from LVEG's previous counsel. Additionally, the property has been sold to another party, who may file a motion for substitution of parties, and may designate his own counsel.

/////

/////

2

This is the first stipulation the parties have entered into to extend the deadline to file an opposition to BONY's renewed motion for summary judgment.

IT IS SO STIPULATED.

Dated: October 11, 2018

CLARK NEWBERRY LAW FIRM

 /s/ Tara Clark Newberry
TARA CLARK NEWBERRY, ESQ.
Nevada Bar No. 10696
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
*Attorney for Las Vegas Equity Group, LLC*

Dated: October 11, 2018

AKERMAN, LLP

 /s/ Natalie L. Winslow
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for The Bank of New York Mellon*

Dated: October 11, 2018

HOA LAWYERS GROUP, LLC

 /s/ Steven T. Loizzi
STEVEN T. LOIZZI, ESQ.
Nevada Bar No. 10920
9500 W. Flamingo Road, Suite 204
Las Vegas, Nevada 89147
*Attorneys for Maryland Pebble at Silverado
Homeowners Association*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 12, 2018

**CLARK NEWBERRY LAW FIRM**
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
Telephone (702) 608-4232