UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-00372-MMD-PAL<br><br>ORDER<br><br>(Am. Subst Atty – ECF No. 72) |

This matter is before the court on the Amended Substitution of Attorneys (ECF No. 72). Edward D. Boyack of Boyack, Orme & Anthony seeks leave to be substituted in the place of Steven T. Loizzi, Jr. of HOA Lawyers Group, LLC for Maryland Pebble at Silverado Homeowners Association. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Amended Substitution of Attorney (ECF No. 72) is **GRANTED**.
2. Edward D. Boyack of Boyack, Orme & Anthony is substituted in the place of Steven T. Loizzi, Jr. of HOA Lawyers Group, LLC for Maryland Pebble at Silverado Homeowners Association, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 4th day of January, 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE