CLARK NEWBERRY LAW FIRM
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorney for Las Vegas Equity Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17<br><br>Plaintiff,<br><br>vs.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP, LLC; ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC; KRIS PACADA, ROBIN PACADA, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants,<br><br>LAS VEGAS EQUITY GROUP, LLC,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>ROBIN PACADA, an individual; and KRIS PACADA, an individual,<br><br>Third Party Defendants,<br><br>LAS VEGAS EQUITY GROUP, LLC, | CASE NO.:   2:17-cv-00372-MMD-PAL<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY** |

1

|   |   |
|---|---|
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17 | ) ) ) ) ) ) ) |
| Counter Defendant, | ) |
| | ) |

## MOTION FOR SUBSTITUTION OF ATTORNEY

Defendant, Third Party Plaintiff and Counterclaimant, LAS VEGAS EQUITY GROUP, LLC hereby moves this Court for an order granting a Substitution of Attorney.

TARA CLARK NEWBERRY, ESQ., as attorney of record for Las Vegas Equity Group, LLC does hereby consent to the substitution of MICHAEL F. BOHN, ESQ., as attorney for Las Vegas Equity Group, LLC in the above-entitled matter in her place and stead.

DATED this 14th day of May 2019.


                                            */s/ Tara Clark Newberry*
                                            TARA CLARK NEWBERRY, ESQ.

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of TARA CLARK NEWBERRY, ESQ., as attorney for Las Vegas Equity Group, LLC, in the above-entitled matter.

DATED this 14th day of May 2019.


                                            */s/ Michael F. Bohn*
                                            MICHAEL F. BOHN, ESQ.

**CLARK NEWBERRY LAW FIRM**
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
Telephone (702) 608-4232

LAS VEGAS EQUITY GROUP, LLC, Defendant, Third Party Plaintiff and Counterclaimant in the above-entitled case consents to the substitution of MICHAEL F. BOHN, ESQ. in place of TARA CLARK NEWBERRY, ESQ., as its attorney of record.

DATED this 14th day of May 2019.

                                                    /s/ Gary M. Erickson
                                                  Las Vegas Equity Group, LLC
                                                  By: Gary M. Erickson, Managing Member

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that pursuant to LR IA 11-6(d), the substitution shall not be a reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case

Dated: May 16, 2019

                                                  _____
                                                  Brenda Weksler
                                                  United States Magistrate Judge

CLARK NEWBERRY LAW FIRM
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
Telephone (702) 608-4232

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means.

**Akerman, LLP**
Ariel E. Stern, Esq.         ariel.stern@akerman. com
Darren T. Brenner, Esq.      darren.brenner@akerman.com
Natalie L Winslow, Esq.      natalie.winslow@akerman.com
Rex Garner, Esq.             rex.garner@akerman.com
AkermanLAS@akerman.com

**HOA Lawyer's Group, LLC**
Steven T. Loizzi, Jr    eserve@nrs116.com, jona@nrs116.com, steve@nrs116.com

I also certify that on the 14th day of May, 2019, I served, via United States first class mail, postage fully prepaid thereon, and e-mail, the forgoing document to the following:

**Law Offices of Michael F. Bohn, Esq., Ltd.**

Michael F. Bohn, Esq.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*mbohn@bohnlawfirm.com*

　　　　　　　　　　　　　　　　　　　　　　 */s/ Kathleen Seckinger*
　　　　　　　　　　　　　　　　　　　　　　 Kathleen Seckinger, an Employee of
　　　　　　　　　　　　　　　　　　　　　　 CLARK NEWBERRY LAW FIRM