UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-00372-MMD-BNW<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (ECF No. 55) filed August 27, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 24, 2018, or 30 days after decision of the dispositive motions. Plaintiff filed a Motion for Summary Judgment (ECF No. 63) September 24, 2019, which the District Judge granted in part in an Order (ECF No. 75) entered April 12, 2019. It appears from the docket that counterclaims are still pending. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **June 25, 2019.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

1

3. If the parties feel that a joint pretrial order is not needed, the parties shall alternatively file a Joint Status Report no later than **June 25, 2019**, outlining the reasons why a joint pretrial order should not be filed, the parties' efforts to finalize this matter, and when a stipulation to dismiss will be filed.

Dated this 11th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE