1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No. 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Circle, Suite 480
   Henderson, Nevada 89074
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorney for defendant Fernando Ruvalcaba

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT TRUST, INCL, ALTERNATIVE LOAN TRUST 2005-17 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-17<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGUIS & TERRY COLLECTIONS, LLC; KRIS PACADA; ROBIN PACADA; and FERNANDO RUVALCABA,<br><br>Defendants.<br><br>And All Related Cases | CASE NO.:  2:17-cv-00372-MMD-PAL |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS STIPULATED AND AGREED by and between plaintiff Bank of New York Mellon, by and through it's attorney, Natalie L. Winslow, Esq., and  defendant Fernando Ruvalcaba, through his

1

attorney, Michael F. Bohn, Esq. and defendant Maryland Pebble at Silverado Homeowners Association, by and through it's attorney, Kelley K. Blatnik, Esq. that this action may be dismissed in it's entirety.

The parties acknowledge the court granted costs in favor of plaintiff on May 20, 2019 (ECF 90). Each party agrees to bear it's own additional costs and fees, to the extent any such costs may exist. Plaintiff does not waive any c osts that were awarded through court's grant of it's prior bill of costs.

DATED this 25th day of June, 2019.

| AKERMAN LLP | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /Natalie L. Winslow, Esq./<br>Natalie L. Winslow, Esq.<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Attorney for plaintiff Bank of New York Mellon | By: /s/ /Michael F. Bohn, Esq. /<br>MICHAEL F. BOHN, ESQ.<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>Attorney for defendant Fernando Ruvalcaba<br><br>Boyack Orme, Anthony<br><br>By: /s/ /Kelley K. Blatnik, Esq. /<br>Kelley K. Blatnik, Esq., of counsel<br>7432 W. Sahara Ave<br>Las Vegas, NV 89117<br>Attorneys for Maryland Pebble at Silverado Homeowners Association |

IT IS SO ORDERED this  25th   day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /Michael F. Bohn, Esq. /
   MICHAEL F. BOHN, ESQ.
   2260 Corporate Circle, Suite 480
   Las Vegas, NV 8911 9
   Attorney for defendant Fernando Ruvalcaba

2